JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DESHAWN LESLIE, | ) | Case No. CV 13-1418-DMG (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| BARACK OBAMA, U.S. President, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: October 17, 2013

_____
DOLLY M. GEE
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge